fore this motion is denied. See, also, 128 App. Div. 42, 112 N. Y. Supp. 381.

PEOPLE, Respondent, v. RALPH, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against James Ralph. No opinion. Judgment and order unanimously affirmed.

PEOPLE, Respondent, v. RIPANDELLO, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Proceeding by the People of the State of New York against Joseph Ripandello. With this case have been consolidated in this court cases bearing titles as follows: People v. Star Co.; Same v. Salvatore Acardo; Same v. Giovanni Gangi; Same v. Guiseppe Adrogna; Same v. Frank Kenny; Same v. Charles Baker; Same v. Nicolatto Generalla et al. No opinions. Motions to dismiss appeals granted, unless appellants have their appeals ready for argument at the October term. Orders filed.

PEOPLE, Respondent, v. ROSENTHAL, Appellant. (Supreme Court Appellate Division, Fourth Department. July 6, 1909.) Proceeding by the People of the State of New York against Benjamin Rosenthal. No opinion. Judgment and orders affirmed.

PEOPLE v. SCHOULAND. SAME v. O'BRIEN. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceedings by the People of the State of New York against Frederick Schouland and against John O'Brien. No opinions. Motions granted, unless appellants be ready for October term. Orders filed.

PEOPLE, Respondent, v. SHEPARD, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against Earl Shepard. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE, Appellant, v. SIMPSON CRAWFORD CO., Respondent. (Supreme Court, Appellate Division, First Department. June 4, 1909.) Proceeding by the People of the State of New York against the Simpson Crawford Company. W. M. Wyvell, for the People. W. C. Breed, for respondent. No opinion. Determination (62 Misc. Rep. 240, 114 N. Y. Supp. 945) affirmed, with costs. Order filed.

PEOPLE, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against Thomas Smith. No opinion. Judgment and order unanimously affirmed.

PEOPLE, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 24, 1909.) Proceeding by the People of the State of New York against Thomas Smith and another. No opinion. Judgment and order unanimously affirmed.

PEOPLE, Respondent, v. STEIGLITZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Proceeding by the People of the State of New York against Arthur Steiglitz.

PER CURIAM. Judgment and order of the County Court of Queens county reversed, and new trial ordered, on account of the general course of the trial; the court being also of the opinion that a new trial should be granted on the ground of newly discovered evidence.

PEOPLE, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Proceeding by the People of the State of New York against John Taylor. L. Owenstein, for appellant. A. A. Mayper, for the People.

PER CURIAM. Judgment and orders affirmed. Order filed.

McLAUGHLIN and HOUGHTON, JJ., dissent.

PEOPLE, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Proceeding by the People of the State of New York against Eugene B. Walker. No opinion. Judgment affirmed.

PEOPLE ex rel. BADGER v. DOOLING et al. (Supreme Court, Appellate Division, Second Department. October 23, 1909.) Proceeding by the People of the State of New York, on the relation of William Otis Badger, Jr., against John T. Dooling and others, constituting the Board of Elections of the City of New York. No opinion. Order of the Special Term reversed, and determination of the Board of Elections confirmed, without costs.

PEOPLE ex rel. BEAL v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Proceeding by the People of the State of New York on the relation of Robert S. Beal, against T. A. Bingham, as Commissioner. No opinion. Motion granted, with $10 costs. Orders filed.

PEOPLE ex rel. BOUDIN v. MAREAN. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Proceeding by the People of the State of New York, on the relation of Louis B. Boudin, against Josiah T. Marean, one of the Justices of the Supreme Court of the state of New York.

PER CURIAM. Determination annulled, for the failure to set forth in the mandate of com-